Filed 6/21/24  P. v. Mosley CA5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE, | F087352 |
| Plaintiff and Respondent, | (Super. Ct. No. BF195790B) |
| v. | |
| TIMOTHY MOSLEY, JR., | **OPINION** |
| Defendant and Appellant. | |

## THE COURT[*]

APPEAL from a judgment of the Superior Court of Kern County.  J. Eric Bradshaw, Judge.

Stephanie L. Gunther, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]     Before Levy, Acting P. J., Smith, J. and Meehan, J.

## INTRODUCTION

Timothy Mosley Jr. (appellant) pleaded no contest to battery causing serious bodily injury (Pen. Code, § 243, subd. (d)).[1] The trial court sentenced him to two years in state prison.

On appeal, appellant's appointed counsel filed a brief with this court pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), identifying no error and asking this court to review the record and determine if there are any reasonably arguable issues on appeal. Appellant was afforded an opportunity to submit a supplemental letter or brief but failed to do so in the time allotted.

We have conducted an independent review of the record and find no error. We affirm.

## BACKGROUND

The Kern County District Attorney's Office filed an information charging appellant with assault by means of force likely to produce great bodily injury (§ 245, subd. (a)(4); count 1) with a great bodily injury enhancement (§ 12022.7, subd. (a)), and battery causing serious bodily injury (§ 243, subd. (d); count 2). As to each count, the People alleged appellant suffered a prior strike conviction (§§ 667, subds. (b)-(i), 1170.12, subds. (a)-(d)) and a prior serious felony conviction (§ 667, subd. (a)(1)).

According to the preliminary hearing transcript, during a physical altercation at a motel, appellant struck the victim in the head multiple times, causing her to briefly lose consciousness. Afterward, the victim's face was black and blue, and she could not see out of her left eye.

Appellant pleaded no contest to count 2. Pursuant to the negotiated plea agreement, the trial court dismissed the prior strike and prior serious felony allegations, and sentenced appellant to the low term of two years in state prison.

---

[1] All further statutory references are to the Penal Code unless otherwise indicated.

Appellant filed a timely notice of appeal.  The trial court granted appellant's request for a certificate of probable cause.

## DISCUSSION

As noted above, appellant's counsel filed a *Wende* brief identifying no error and asking this court to review the record to determine whether there are any arguable issues on appeal.  We have conducted an independent review of the record.  We find that no reasonably arguable factual or legal issues exist.

## DISPOSITION

The judgment is affirmed.